United States District Court
Southern District of Texas
**ENTERED**
May 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TOTAL SAFETY U.S., INC., *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> CRESCENT ENERGY SERVICES, LLC, § <br> § <br> Defendant. § | CIVIL ACTION NO. 3:16-CV-098 |

## **ORDER**

Before the Court is Defendant's Motion and Memorandum for Reconsideration and/or to Alter or Amend Judgment. Dkt. 71. Having considered the motion, pleadings, arguments of the parties, and the record of this case as a whole, the Court **DENIES** the motion.

SIGNED at Galveston, Texas, this 22nd day of May, 2018.

_____
George C. Hanks Jr.
United States District Judge